UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
:
FORDEC REALTY CORP,
:   Case No. 1:18-cv-00085-ALC-KNF
               Plaintiff,
:
   -against-
:
TRAVELERS EXCESS AND SURPLUS LINES
COMPANY                             :
               Defendant.
:
---------------------------------------------------------------------- x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Robinson & Cole LLP, attorneys for Defendant Travelers Excess and Surplus Lines Company ("Travelers") will move the Honorable Kevin N. Fox, United States Magistrate Judge, at the District Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order granting its Motion to Strike Plaintiff Fordec Realty Corp.'s Supplemental Expert Disclosure.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Travelers shall rely on the accompanying Memorandum of Law, January 18, 2019 Affirmation of Marc E. Haas, and all exhibits attached thereto.

Dated:  New York, New York
        January  18, 2019

                                              ROBINSON & COLE LLP

                                                /s/ Marc E. Haas
                                              Marc E. Haas (MH1717)