UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FORDEC REALTY CORP.,                               :

              Plaintiff,                         :

          v.                                                :

TRAVELERS EXCESS AND SURPLUS LINES    :
COMPANY,
                                      :

              Defendant.
-----------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:
DATE FILED: 6/4/19

**ORDER**

18-CV-85 (ALC) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The Court's: (1) January 2, 2019 order, denying the defendant's request to make a motion

pursuant to Fed. R. Civ. P. 37, Docket Entry No. 30; and (2) January 11, 2019 order, limiting the

defendant's motion to the issue of timeliness of the plaintiff's expert disclosure supplementation,

Docket Entry No. 33, are vacated as improvidently granted. Any motion by any party in

connection with the plaintiff's expert disclosures shall be made on or before June 18, 2019.

Local Civil Rule 6.1 of this court shall govern any response and reply.

Dated:  New York, New York
       June 4, 2019                 SO ORDERED:

                                    *Kevin Gothaniel Fox*
                                  KEVIN NATHANIEL FOX
                                  UNITED STATES MAGISTRATE JUDGE