UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                      :

FORDEC REALTY CORP,

                                                      :    Case No. 1:18-cv-00085-ALC-KNF

                Plaintiff,

                                                      :

    -against-

                                                          :

TRAVELERS EXCESS AND SURPLUS LINES
COMPANY                                                :

                Defendant.

                                                          :
------------------------------------------------------------------- x

## **NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Robinson & Cole LLP, attorneys for Defendant Travelers Excess and Surplus Lines Company ("Travelers") will move the Honorable Kevin N. Fox, United States Magistrate Judge, at the District Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order granting its Motion to Strike Plaintiff Fordec Realty Corp.'s Expert Disclosures and Preclude Expert Witness Testimony.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Travelers shall rely on the accompanying Memorandum of Law, June 18, 2019 Declaration of Marc E. Haas, and all exhibits attached thereto.

Dated:  New York, New York
          June 18, 2019

                                                                             ROBINSON & COLE LLP


                                                                              /s/ Marc E. Haas
                                                                             Marc E. Haas (MH1717)