USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: 1-28-20

## WILKOFSKY, FRIEDMAN, KAREL & CUMMINS
### ATTORNEYS AND COUNSELORS AT LAW

JONATHAN J. WILKOFSKY ♦
MARK L. FRIEDMAN ♦
DAVID B. KAREL ◻ ♦ ▲
HARRY A. CUMMINS ◊ ♦ ▲

ROMAN RABINOVICH ◊ ♦

KEVIN A. COLES ◻ OF COUNSEL
CATHERINE L. CREAGER ◻ OF COUNSEL
KEITH A. SELDIN ♦ ♦ OF COUNSEL
R. RAY ORRILL, JR. ● OF COUNSEL
MICAHEL D. BARNES ◻ OF COUNSEL
LESLIE JONES-THOMAS ♦ OF COUNSEL
DAVID C. INDIANO ○ ▼ OF COUNSEL
JEFFREY M. WILLIAMS ▼ OF COUNSEL
LESLIE E. LITTLE ■ OF COUNSEL

◻ ADMITTED CT
♦ ADMITTED FL
● ADMITTED LA
◻ ADMITTED NC
◊ ADMITTED NJ
♦ ADMITTED NY
○ ADMITTED OH
▲ ADMITTED PA
▼ ADMITTED PR
■ ADMITTED TX

299 BROADWAY • SUITE 1700
NEW YORK, NEW YORK 10007
TEL: (212) 285-0510/(888) 285-0510
FAX: (212) 285-0531/(877) 285-1341

www.wfkclaw.com

CONNECTICUT OFFICE:
1 ELIOT PLACE, 3RD FL.
FAIRFIELD, CT 06824

FLORIDA OFFICE:
270 SOUTH CENTRAL BLVD., STE. 203
JUPITER, FL 33458

LOUISIANA OFFICE:
2800 VETERANS MEMORIAL BLVD., STE. 204
NEW ORLEANS, LA 70130

NEW JERSEY OFFICE:
4499 ROUTE 27
KINGSTON, NJ 08528

NORTH CAROLINA OFFICE:
1909 J.N. PEASE PL., STE. 204
CHARLOTTE, NC 28262

PENNSYLVANIA OFFICE:
1835 MARKET STREET, STE. 2700
PHILADELPHIA, PA 19103

PUERTO RICO OFFICE:
207 DEL PARQUE STREET, 3RD FL.
SAN JUAN, PR 00912

TEXAS OFFICE:
2229 SAN FELIPE, STE. 1000
HOUSTON, TX 77019

*MEMO ENDORSED*

November 20, 2019

**VIA EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

      Re: Fordec Realty Corp. v. Travelers Excess and Surplus Lines
        Company, et al
        Our File No.: 17J153
        Docket No.: 18-CV-00085

Dear Honorable Justice Carter:

  On behalf of Plaintiff, we are making this motion by letter and accompanying Certification for permission to file a late Local Rule 56.1 Statement. Although papers we filed refer to such Local Rule 56.1 Statement, we learned today that it was apparently not filed.

  A review of the filings evidences that both Plaintiff and Defendant made numerous attempts to file documents with the court, with many of the papers being rejected. Note, we filed the Local Rule 56.1 Statement today for our papers submitted in Opposition to Defendant's Motion this date refers to such Local Rule 56.1 Statement and the Exhibits referenced therein. Without the Statement, the Opposition, timely filed today, would not be complete.

  We note as well that the metadata in the Local Rule 56.1 Statement evidences when it was prepared. No changes have been made to it since the date of filing of the motions made by Plaintiff and Defendant for Summary Judgment.

           Respectfully yours,

           WILKOFSKY, FRIEDMAN,
            KAREL & CUMMINS


      By: _DAVID B. KAREL_
         DAVID B. KAREL


_DBK/ajd_
cc: **_Via E-Mail_** _wackerman@rc.com_
  Wystan M. Ackerman

_20172\17J153.C122_

---

[Signature: Andrew L. Carter]

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2-28-20

Plaintiff should file its Rule 56.1 Statement by March 6