**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FORDEC REQALTY CORP.,

                Plaintiff,                            18 **CIVIL** 0085 (ALC)

      -against-                                **JUDGMENT**

TRAVELERS EXCESS AND SURPLUS
LINES CO. et al.,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated, September 28, 2020, Judge Fox's R&R is adopted in its entirety; Fordec's motion for partial summary judgment is denied; Travelers motion for summary judgment is granted.

**Dated:**  New York, New York
          September 30, 2020

                                                          **RUBY J. KRAJICK**
                                                  _____
                                                         **Clerk of Court**
                                  **BY:**
                                                          **Deputy Clerk**